**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MICHAEL G. MOORE, an individual, on
behalf of himself and all other similarly
situated,

             Plaintiff(s),

   vs.

COLLECTION SERVICE OF NEVADA,
INC.

          Defendant(s).

Case #3:16-cv-00049-RCJ-WGC

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

    David J. Kaminski, Petitioner, respectfully represents to the Court:
    (name of petitioner)

   1.   That Petitioner is an attorney at law and a member of the law firm of

                      Carlson & Messer LLP
                        (firm name)

with offices at         5901 W. Cenetury Blvd., Suite 1200
                     (strect address)

    Los Angeles   ,     California   ,   90045 ,
     (city)              (state)       (zip code)

   (310) 242-2204   ,   KaminskiD@cmtlaw.com  .
(area code + telephone number)    (Email address)

   2.   That Petitioner has been retained personally or as a member of the law firm by

   Collection Service of Nevada, Inc.   to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____June 6, 1987_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Central District | January 12, 1989 | 128509 |
| USDC Southern District | January 22, 2003 | 128509 |
| USDC Eastern District | May 19, 2005 | 128509 |
| USDC Northern District | May 4, 1994 | 128509 |
| 9th Circuit Court of Appealsl | November 14, 1995 | 128509 |
| State of California | June 6, 1987 | 128509 |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

2

Rev. 5/16

6.  That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7.  That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) California

8.  Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| July 20, 2018 | Civil Case | USDC Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  STATE OF _____California_____ )

5  COUNTY OF ____Los Angeles____ )

6

7  _____David J. Kaminski_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9

10  Subscribed and sworn to before me this

11

12  14  day of  November , 2018

13

_____
Notary Public or Clerk of Court

14

SUSIE VALIENTE
COMM. # 2111390
NOTARY PUBLIC ● CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. MAY 14, 2019

15

16    **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
    **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate _____Kurt R. Bonds_____,
                                                                              (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

22  said designated Nevada counsel is:

23  _____6605 Grand Montecito Pkwy, Ste. 200_____,
                    (street address)

24  _____Las Vegas_____,  _____Nevada_____,  ___89149___
              (city)                    (state)              (zip code)

25

26  ___(702) 384-7000___,  ___KBonds@AlversonTaylor.com___.
    (area code + telephone number)        (Email address)

27

28                              4                              Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

5   ## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

7   The undersigned party(ies) appoint(s) _____ Kurt R. Bonds _____ as

8   his/her/their Designated Resident Nevada Counsel in this case.

10  _____
    (party's signature)

11  David J. Kaminski, Esq

12  (type or print party name, title)

13  _____
    (party's signature)

15  _____
    (type or print party name, title)

17  ### CONSENT OF DESIGNEE
18  The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

20  _____
    Designated Resident Nevada Counsel's signature

21  006228                     KBonds@AlversonTaylor.com
22  Bar number                 Email address

24  APPROVED:

    Dated: this _21_ day of _November_, 20_18_.

26  _____
    UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of _____ Los Angeles _____ )

On __ November 14, 2018 __ before me, __ Susie Valiente, Notary Public __
                                          (insert name and title of the officer)

personally appeared __ David J. Kaminski _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.


WITNESS my hand and official seal.

SUSIE VALIENTE
COMM. # 2111396
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. MAY 14, 2019

Signature _____        (Seal)

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____ David J. Kaminski _____ , Bar No.   128509 _____

was duly admitted to practice in this Court on   January 12th, 1988 ____
                                                  *DATE*

and  is active and in good standing     as a member of the Bar

of this Court.

Dated at Los Angeles, California

on   November 14th, 2018 _____
        *Date*

KIRY K. GRAY
Clerk of Court

By _____

Andrea Kannike  , Deputy Clerk