UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MICHAEL G. MOORE, an individual, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>COLLECTION SERVICE OF NEVADA, INC., Defendant | Case No.: 3:16-cv-00049 RCJ-WGC<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
|---|---|

Having considered the parties' Stipulation to Dismiss, the above-entitled action is hereby dismissed, with prejudice as to Plaintiff's individual action, and without prejudice as to the putative class claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: March 15, 2019.

_____
Hon. Robert C. Jones
UNITED STATES DISTRICT JUDGE

{00110232;1}/08434.20

[PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)
Case No. 3:16-cv-00049-RCJ-WGC

- 1 -